**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GOLDEN STATE SUPPLY, LLC<br><br>PLAINTIFF(S)<br><br>v.<br><br>CV 6136 MANCHESTER, LLC<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25−cv−11209−FLA−SK<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 01/16/2026 | 11 | Re: Answer and Counterclaim |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☒ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☐ Other:

Dated: 1/23/2026                         By: _____
                                              United States District Judge